AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Richard Ribeiro

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, Richard Ribeiro, charged in a (complaint) (petition) pending in this District with felon in possession in violation of Title 18, U.S.C., 922 (g)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Richard Ribeiro
Defendant

May 10, 2006
Date

[signature]
Counsel for Defendant