# EXHIBIT AND WITNESS LIST

| USA VS. Richard Ribeiro | | | | DOCKET NO: 1:06-M-46M | |
|---|---|---|---|---|---|
| **PLF NO** | **DEF NO** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| | A | 5/22/06 | X | X | Mortgage Statement |
| | B | 5/22/06 | X | X | Quit Claim Deed |
| | C | 5/22/06 | X | X | Pay Stub |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |