# *UNITED STATES DISTRICT COURT*
*for the*
***District of Rhode Island***

***Case No. 1:06-M-46M***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **RICHARD RIBEIRO**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **22nd** day of **May, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

RECEIVED
MAY 17 2006
US MARSHALS
RHODE ISLAND

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: May 17, 2006.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

David A. DiMarzio, Clerk

Determination of Attorney

***By*** ***Martha Saucier - Deputy Clerk***

**One Exchange Terrace ◆ Federal Building and Courthouse ◆ Providence, Rhode Island ◆ 02903**